# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AUSTIN BALTES,<br><br>          Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and GOOGLE LLC GROUP EMPLOYEE BENEFIT PLAN<br><br>          Defendants. | Case No.: 2:23-cv-07404-MRA(JPRx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

After consideration of the cross-motions for Judgment under the Federal Rules of Civil Procedure Rule 52 submitted by Plaintiff Austin Baltes ("Mr. Baltes") and Defendants Metropolitan Life Insurance Company ("MetLife") and Google LLC Group Employee Benefit Plan ("the Plan") (collectively, "Defendants"), the Court enters judgment in favor of Mr. Baltes and against Defendants in accordance with the Court's Order Granting Plaintiff's Rule 52 Motion and Denying Defendants' Rule 52 Motion (Docket no. 60).

Mr. Baltes' claim for long-term disability benefits was wrongfully denied and is hereby overturned. Defendants are ordered to pay Mr. Baltes all long-term disability benefits due pursuant to the terms of the applicable employee benefit plan.

The Court awards prejudgment and post-judgment interest in favor of Mr. Baltes at the rate specified in 28 U.S.C. § 1961.

Mr. Baltes, as the prevailing party, may apply to the Court for an award of attorneys' fees and recoverable litigation costs.

DATED: November 18, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE